# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN WILD HORSE CAMPAIGN,
PO Box 1733
Davis, CA 95617

      *Plaintiff,*

v.

BUREAU OF LAND MANAGEMENT,
1849 C Street, NW, Room 5665
Washington, DC 20240

      *Defendant.*

Civil Action No.  22-3061

# COMPLAINT

1. Plaintiff, American Wild Horse Campaign ("Plaintiff" or "AWHC"), brings this Freedom of Information Act ("FOIA") judicial review against Defendant, Bureau of Land Management ("BLM" or "Defendant"), to compel Defendant to produce the responsive records relating to Plaintiff's FOIA request. Defendant has violated FOIA by failing to conduct a reasonable search and by failing to produce responsive, non-exempt records.

2. Plaintiff made the following request to BLM:

    a. Request DOI-BLM 2022-002067 was made to the BLM on February 10, 2022. Ex. 1.

        i. Plaintiff narrowed the scope of its request on February 28, 2022. Ex. 2.

        ii. Defendant confirmed submission on March 14, 2022. Ex. 3.

  iii. Plaintiff made five demands for an estimated completion date of its narrowed request. The first was on March 20, 2022; the second on April 21, 2022; the third on June 18, 2022; the fourth on July 19, 2022; and the fifth on September 10, 2022. Ex. 4.

  iv. The timeframe of the narrowed request was January 1, 2021 through January 1, 2022. Ex. 2.

  v. The narrowed request was for "All emails, including attachments, to Paul McGuire from Mustang Heritage Foundation or David Barrientes or Cary Scholtes, that discuss or describe Tim Leonard or John Shetler. All emails, including attachments, from Paul McGuire to Mustang Heritage Foundation or David Barrientes or Cary Scholtes, that discuss or describe Tim Leonard or John Shetler. Ex. 2.

  vi. As of the time of the filing of this Complaint, Defendant's online portal lists the request as in the "assignment" phase, with an "undetermined" final disposition and an estimated date of completion of "7/1/2022." Ex. 5.

  vii. Defendant has provided Plaintiff with neither the requested records, nor an accurate estimated date upon which records will be released.

  viii. Defendant has not issued a final determination on Plaintiff's February 10, 2022 request.

## PARTIES

3. Plaintiff AWHC is a section 501(c)3 tax exempt organization registered in California.

4. Defendant BLM is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought against the BLM, a Federal defendant under 28 U.S.C. § 1346 which is a Federal agency under 5 U.S.C. § 552(a)(4)(B). This case presents a federal question under 28 U.S.C. § 1331. These statutes confer jurisdiction on this Court.

6. The venue is proper under 5 U.S.C. § 552(a)(4)(B).

## COUNT I – DEFENDANT'S FAILURE TO CONDUCT A REASONABLE SEARCH

7. The above paragraphs are incorporated by reference.

8. The request seeks the disclosure of agency records and was properly made.

9. Defendant failed to conduct a reasonable search.

10. Defendant failed to release responsive records.

11. Plaintiff has exhausted or constructively exhausted its administrative remedies.

## COUNT II – DEFENDANT'S FAILURE TO RELEASE RECORDS

12. The above paragraphs are incorporated by reference.

13. Defendant failed to release responsive records.

**WHEREFORE**, Plaintiff respectfully requests that this Court to:

  i. order Defendant to conduct a reasonable search for records;

  ii. order Defendant to promptly release all non-exempt responsive records or portions of records;

  iii. enjoin Defendant from withholding non-exempt public records under FOIA;

  iv. award Plaintiff's reasonable attorneys' fees and costs; and,

  v. award such other relief the Court considers appropriate.

Dated: October 8, 2022

                                              RESPECTFULLY SUBMITTED,

                                              /s/ C. Peter Sorenson
                                              Attorney for Plaintiff
                                              C. Peter Sorenson, DC Bar #438089
                                              Sorenson Law Office
                                              PO Box 10836
                                              Eugene, OR 97440
                                              (541) 606-9173
                                              peter@sorensonfoialaw.com